UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| FINANCE OF AMERICA REVERSE LLC, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> MATTHEW SHOTKIN, : <br> SUSAN SHOTKIN GASCON, : <br> SECRETARY OF HOUSING AND : <br> URBAN DEVELOPMENT, : <br> DEPARTMENT OF THE TREASURY- : <br> INTERNAL REVENUE SERVICE, : <br> STATE OF CONNECTICUT : <br> DEPARTMENT OF REVENUE : <br> SERVICES, AND STATE OF : <br> CONNECTICUT JUDICIAL BRANCH, : <br> : <br> Defendants. : | Civil No. 3:22CV1240 <br><br><br><br> October 5, 2022 |

NOTICE OF REMOVAL

Please take notice that, pursuant to 28 U.S.C. §§ 1442(a)(1), 1444, and 1446, the Defendant, Department of the Treasury-Internal Revenue Service, has removed this matter to United States District Court for the District of Connecticut. As a basis for removal, the Department of the Treasury-Internal Revenue Service makes the following representations:

1.  The Department of the Treasury-Internal Revenue Service has been named as a defendant in a lawsuit filed in the Connecticut Superior Court Judicial District of Stamford at Stamford. Copies of the Summons and Complaint are attached hereto.

2.  Pursuant to 28 U.S.C. § 1442(a)(1), any civil action brought in a state court against the United States or any agency thereof "may be removed . . . to the district court of the United States for the district and division embracing the place wherein it is pending."

3.      Pursuant to 28 U.S.C. § 1444, "[a]ny action brought under section 2410 of this title against the United States in any State court may be removed by the United States to the district court of the United States for the district and division in which the action is pending."

4.      Based on the foregoing, the Defendant, Department of the Treasury-Internal Revenue Service, hereby removes this action to the District Court for the District of Connecticut.

Respectfully submitted,

VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY


  */s/ Julie G. Turbert*
JULIE G. TURBERT
ASSISTANT U.S. ATTORNEY
ATTORNEY BAR # ct23398
157 CHURCH STREET
NEW HAVEN, CT  06510
TELEPHONE: (203) 821-3700
FAX: (203) 773-5373
EMAIL: Julie.Turbert@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2022, a copy of foregoing Notice of Removal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

I hereby certify that a copy of the within and foregoing Notice of Removal has been mailed, postage prepaid, on this 5th day of October, 2022, to:

Marsha Beckford, Esq.
McCalla Raymer Leibert Pierce, LLC
50 Weston Street
Hartford, CT 06120
*Attorney for Plaintiff*

Matthew Shotkin
5 Brookside Drive
Westport, CT 06880
*Defendant*

Howard Fetner, Esq.
Day Pitney LLP
195 Church Street
New Haven, CT 06510
*On behalf of Matthew Shotkin*

Susan Shotkin Gascon
80 impasse des Tilleuls
69124 Colmbier-Saugnieu
France
*Defendant*

Attorney General William Tong
165 Capitol Avenue
Hartford, CT 06106
*Attorney for Defendants State of Connecticut Department of Revenue Services and Judicial Branch*

                 */s/ Julie G. Turbert*
                 JULIE G. TURBERT
                 ASSISTANT U.S. ATTORNEY
                 ATTORNEY BAR # ct23398